■ CARL LEVINE, Appellant, v LAURETTE ANGSTEN et al., Respondents. [775 NYS2d 518]—

Appeal from order, Supreme Court, New York County (Charles E. Ramos, J.), entered December 12, 2002, to the extent that it directed plaintiff's counsel to pay defendant's counsel $1,400 for failing to comply with a prior order, unanimously dismissed, without costs.

The order challenged herein merely quantified a $50-per-day sanction previously imposed on May 28, 2002, in the event of failure to deliver certain deposition transcripts. Plaintiff is not aggrieved by such a monetary imposition on his attorney (*Warm v State of New York*, 265 AD2d 546, 547 [1999]; *see also Scopelliti v Town of New Castle*, 92 NY2d 944 [1998]). Concur—Nardelli, J.P., Saxe, Sullivan and Gonzalez, JJ.

■ BARRY LAX et al., Respondents, v THE TRAVELERS INDEMNITY COMPANY, Appellant, et al., Defendant. [775 NYS2d 519]— Order, Supreme Court, New York County (Paula J. Omansky, J.), entered May 1, 2003, unanimously affirmed for the reasons stated by Omansky, J., with costs and disbursements. No opinion. Concur—Nardelli, J.P., Andrias, Sullivan and Ellerin, JJ.

■ In the Matter of PAUL I. FREEDMAN (Admitted as PAUL IRA FREEDMAN), a Resigned Attorney. [777 NYS2d 906]—Motion for reinstatement denied. Concur—Nardelli, J.P., Tom, Saxe, Ellerin and Williams, JJ.